1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9  DEBORRA GOMES,                )   CV-F 04-6002 DLB
                                  )
10               Plaintiff,       )   STIPULATION AND ORDER
                                  )   TO EXTEND TIME
11                                )
              v.                  )
12                                )
   JO ANNE B. BARNHART,           )
   Commissioner of Social         )
13 Security,                      )
                                  )
14               Defendant.       )
   _____)
15
16      The parties, through their respective counsel, stipulate
17 that defendant's time to respond to plaintiff's opening brief be
18 extended from May 11, 2005 to June 10, 2005.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25
26
                                    1

1  This is the defendant's first request for an extension of
2 time to respond to plaintiff's opening brief.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.

5                              Respectfully submitted,

6

7 Dated: April 21, 2005

8                                  /s/ Gina M. Fazio
                                   (as authorized by facsimile)
                                   GINA M. FAZIO
9                                  Attorney for Plaintiff

10

11
   Dated: April 21, 2005          McGREGOR W. SCOTT
12                                United States Attorney

13

14                                 /s/ Kimberly A. Gaab
                                   KIMBERLY A. GAAB
15                                 Assistant U.S. Attorney

16

17

18
   IT IS SO ORDERED.
19
   **Dated:   April 26, 2005**              **/s/ Dennis L. Beck**
20 3c0hj8                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

                              2