1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10 DEBORRA GOMES              )
                              )  Civil Action No. CV-F-04-6002 DLB
11                            )
          Plaintiff,          )  STIPULATION AND ORDER
12                            )
   vs.                        )
13                            )
   JO ANNE B. BARNHART,       )
14 Commissioner of Social     )
   Security,                  )
15                            )
          Defendant.          )
16 _____)

17

18        IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until July 25, 2005, in which to file and

20 serve Plaintiff's Reply brief.  All remaining actions under the scheduling order filed, July

21 23, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: June 23, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: June 23, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | By: /s/Kimberly A. Gaab |
| 6 | | (As authorized via facsimile) |
| 7 | | KIMBERLY A. GAAB<br>Assistant U.S. Attorney |

10  IT IS SO ORDERED.

11  **Dated:   July 7, 2005**                    **/s/ Dennis L. Beck**
    3c0hj8                                       UNITED STATES MAGISTRATE JUDGE